```
 1  GEORGE S. CARDONA
    Acting United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    ERIKA JOHNSON-BROOKS
 4  Assistant United States Attorney
    California Bar Number: 210908          JS - 6
 5       Room 7516, Federal Building
         300 North Los Angeles Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-0474
 7       Facsimile: (213) 894-7819
         Erika.Johnson@usdoj.gov
 8
    Attorneys for Federal Defendant
 9  John E. Potter, Postmaster General
    of the United States Postal Service
10
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ART VARGAS, | ) No. CV 08-8318 SJO (PLAx) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| JOHN E. POTTER, Postmaster General, United States Postal Service, | ) |
| Defendant. | ) |

This Court has fully considered the papers filed by the parties in connection with said Motion and, in accordance with the Defendant's Statement of Uncontroverted Facts and Conclusions of Law, as amended by the Court and filed herewith,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of Federal Defendant, John E. Potter, Postmaster General of the United States Postal Service, and against Plaintiff Art Vargas.

SO ORDERED this ___5th__ day of _November_, 2009.

_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT COURT JUDGE

Presented by:

GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

_____/s/_____
ERIKA JOHNSON-BROOKS
Assistant United States Attorney
Attorneys for Federal Defendant